**FILED**

**12/18/2020**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Clerk of the U.S District Court

I filed a suit on 12-4-20 Cause 2:20-cv-00650-JPH-DLP
under my name Jason L. Lane But you filed
it under Jason L. Lang thats not my name
Could you please change the so there's no Confusion

Thank you

Sincerly

Jason Lane # 972942