Name: Jason Lane
DOC No.: 922742
Location: 13-S-

INDIANA DEPARTMENT OF CORRECTION
PUTNAMVILLE CORRECTIONAL FACILITY
1946 West US 40
Greencastle, IN 46135

THIS STAMP IDENTIFIES THIS CORRESPONDENCE AS HAVING BEEN MAILED BY AN OFFENDER INCARCERATED AT THE ABOVE CORRECTIONAL INSTITUTION.

**"WARNING"** NOT RESPONSIBLE FOR CONTENTS. ANY ENCLOSED MONEY ORDERS SHOULD BE REFERRED TO YOUR LOCAL POSTMASTER BEFORE CASHING.



UNITED STATES POSTAGE
PITNEY BOWES
02 1P          $ 000.50
0000910323   DEC 16 2020
MAILED FROM ZIP CODE 46135

FILED
DEC 18 2020
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

Clerk of the U.S District Court
105 U.S Courthouse
46 East Ohio St
Indpls In 46204